E. KENT WINWARD #5562
ABRAHAM SMOOT #12666
Attorney for Recoup Asset Management
4850 Harrison Blvd, Ste 1
Ogden, Utah 84403
Telephone: (801) 392-8200
Facsimile: (801) 392-2724
utahbankruptcyfirm@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH**

| **In the Matter of**: | Case No. 22-20493 |
|---|---|
| Cory Lundberg, | Chapter 13 |
| | **Judge** Joel T. Marker |
| **Debtor(s)** | |

**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S
MOTION TO DISMISS AND FOR ATTORNEY FEES**

Hearing Date: March 23, 2022
Objection Deadline: March 14, 2022

  **PLEASE TAKE NOTICE** that **Recoup Asset Management** has filed with the United States Bankruptcy Court for the District of Utah, a MOTION TO DISMISS AND FOR ATTORNEY FEES.

  **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** The Creditor is seeking to dismiss your Chapter 13 Case.

  NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must:

(1) On or before **March 14, 2022** file with the Bankruptcy Court a written Objection to the Motion, explaining your position, at:

United States Bankruptcy Court, 350 South Main, Room 301, Salt Lake City, Utah 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **March 14, 2022**.   Counsel will receive electronic notice via ECF mail.

(2) Attend the hearing on **March 23, 2022** at the hour of 9:30 AM at United States Bankruptcy Court, 350 South Main, Room 341 Salt Lake City, Utah 84101. **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection  **NOTE: DUE TO CORONA VIRUS RESTRICTIONS THIS HEARING WILL BE SCHEDULED TELEPHONICALLY WITH THE INFORMATION AVAILABLE ON THE JUDGE'S CALENDAR POSTED ON THE UNITED STATES BANKRUPTCY COURT'S WEBSITE FOR THE DISTRICT OF UTAH.**
**https://www.utb.uscourts.gov/teleconference-information**

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing.

DATED: February 17, 2022

/s/_____
E. Kent Winward
Abraham Smoot
Attorneys for Debtor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on February 17, 2022 I electronically filed the MOTION TO DISMISS AND FOR ATTORNEY FEES and Notice and Opportunity for Hearing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

Lon Jenkins

Dane Hines

US Trustee

CERTIFICATE OF SERVICE – MAIL, OTHER

I hereby certify that on February 17, 2022 I caused to be served a true and correct copy of the MOTION TO DISMISS AND FOR ATTORNEY FEES and Notice and Opportunity for Hearing by regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated attached hereto, specifically Cory Lundberg, 9299 Uintah Hills Drive West Jordan, UT 84088-2341

_____/s/_____

E Kent Winward
Abraham Smoot
Attorneys for the Debtor(s)