Dane L. Hines (#7886)
Attorney at Law
43 East 200 North
Provo, Utah 84606
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 22-20493 |
| Cory D Lundberg } | |
| } | Chapter 13 |
| **Debtor(s)** } | Hon. Joel T Marker |

NOTICE OF PRECONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

PLEASE TAKE NOTICE : that the Debtor(s) has filed with the United States Bankruptcy Court for the District of Utah a request to modify the previously filed Chapter 13 Plan under 11 U.S.C. § 1323. The Debtor(s) moves the Court for confirmation of the Plan as modified without further notice and hearing. In support thereof, the Debtor(s) represents as follows:

The most recently filed plan is hereby modified as follows:

| Plan Part # | Previously Filed Plan Provision | Plan as Modified |
|---|---|---|
| 2.1 | $400.00 per Month for 2 months | $400.00 per Month for 2 months |
| | $400.00 per Month for 34 months | $ 550.00 per Month for 34 months |

The modification does not negatively impact secured, priority or nonpriority unsecured creditors because: It increases Plan payments.

Under § 1323(c), any holder of a secured claim that has accepted or rejected, as the case may be, the prior plan is deemed to have accepted or rejected the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and changes such holder's previous acceptance or rejection. THEREFORE, because the modification does not require notice to creditors, the Debtor(s) requests the Bankruptcy Court to confirm the plan as modified without further notice or hearing.

_____/S/_____  Date: __5/3/2022
Dane L Hines, Attorney for Debtors