Dane L. Hines (#7886)
Attorney at Law
43 East 200 North
Provo, Utah 84606
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| In the Matter of: | } | |
|---|---|---|
| | } | |
| | } | Case No. 22-20493 |
| Cory D Lundberg | } | |
| | } | Chapter 13 |
| | } | |
| | } | Hon. Joel T. Marker |
| **Debtor(s)** | } | |

### Objection to Claim #4 of Tea Olive, LLC

Comes now Debtor(s) by and through counsel and hereby objects to Claim **#4 of Tea Olive, LLC**. Debtor asserts debt was discharged in previous bankruptcy case.

Wherefore, Debtor(s) objects to said claim and prays the court entering an Order disallowing the claim in its entirety.

_____/S/_____ Date: May 9, 2022
Dane L Hines, Attorney for Debtor(s)