**This order is SIGNED.**

**Dated: May 25, 2022**

JOEL T. MARKER
U.S. Bankruptcy Judge



*msc*

Dane L. Hines (#7886)
Attorney at Law
43 East 200 North
Provo, Utah 84606
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 22-20493 |
| Cory D Lundberg | } |
| | } Chapter 13 |
| **Debtor(s)** | } Hon. Joel T Marker |

ORDER RE: MOTION TO DISMISS filed by RECOUP ASSET MANAGEMENT

Based upon debtor's objection and good cause appearing the Court hereby finds and orders as follows:

1. RECOUP ASSET MANAGEMENT's Motion to Dismiss, docket # 5, is hereby denied without prejudice.

\\ End of Doc

CLERK'S CERTIFICATE OF SERVICE

I Hereby certify that on _____, a true and correct copy of the

ORDER RE: MOTION TO DISMISS filed by RECOUP ASSET MANAGEMENT

were served via ECF or first class mail, and by certified mail where indicated, upon the persons listed below .

US TRUSTEES OFFICE, ECF

DANE L HINES, ECF

E. Kent Winward, & Abraham Smoot
Attorneya for Recoup Asset Management, ECF

Lon A Jenkins
Ch 13 Trustee,      ECF

Cory D Lundberg
9299 Uintah Hills Drive
West Jordan, UT 84088


1st Class


_____Date _____
Clerk of the Court