**This order is SIGNED.**

Dated: May 25, 2022

*/s/ J T Marker*
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



msc

---

Dane L. Hines (#7886)
Attorney at Law
43 East 200 North
Provo, Utah 84606
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| In the Matter of: | } | |
|---|---|---|
| | } | Case No. 22-20493 |
| Cory D Lundberg | } | |
| | } | Chapter 13 |
| **Debtor(s)** | } | Hon. Joel T Marker |

ORDER RE: MOTION TO DISMISS filed by RECOUP ASSET MANAGEMENT

---

Based upon debtor's objection and good cause appearing the Court hereby finds and orders as follows:

1. RECOUP ASSET MANAGEMENT's Motion to Dismiss, docket # 5, is hereby denied without prejudice.

\\ End of Doc

CLERK'S CERTIFICATE OF SERVICE

I Hereby certify that on _____, a true and correct copy of the

ORDER RE: MOTION TO DISMISS filed by RECOUP ASSET MANAGEMENT

were served via ECF or first class mail, and by certified mail where indicated, upon the persons listed below .

US TRUSTEES OFFICE, ECF

DANE L HINES, ECF

E. Kent Winward, & Abraham Smoot
Attorneya for Recoup Asset Management, ECF

Lon A Jenkins
Ch 13 Trustee,     ECF

Cory D Lundberg
9299 Uintah Hills Drive
West Jordan, UT 84088

1st Class

_____Date _____
Clerk of the Court

United States Bankruptcy Court

District of Utah

In re:     Case No. 22-20493-JTM
Cory D Lundberg     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdfor1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cory D Lundberg, 9299 Uintah Hills Drive, West Jordan, UT 84088-2341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abraham O. Smoot, VII | on behalf of Creditor Recoup Asset Management aosvii@gmail.com recoupassetmanagement@gmail.com |
| Bryant Thomas Hinckley | on behalf of Creditor Utah State Tax Commission bhinckley@agutah.gov |
| Dane L. Hines | on behalf of Debtor Cory D Lundberg budgetbankruptcyutah@gmail.com hinesdr68395@notify.bestcase.com |
| Lon Jenkins tr | ecfmail@ch13ut.org lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 5