Dane L. Hines (#7886)
Attorney at Law
43 East 200 North
Provo, Utah 84606
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| In the Matter of: | } | |
|---|---|---|
| | } | Case No. 22-20493 |
| Cory D Lundberg | } | |
| | } | Chapter 13 |
| | } | Honorable Joel T Marker |

## EX PARTE MOTION TO DISMISS

Comes now Debtor(s) by and through counsel and move(s) the Court for an Order dismissing this

case pursuant to 11 U.S.C. 1307. This case has not previously been converted from any other

chapter.


_____/s/_____ July 6, 2022
**Dane L Hines**, Attorney for Debtors